Carl Wescott
PO Box 190875
San Francisco, CA 94119
*In propria persona*
+1 415 335 5000

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

In re: Carl Alexander Wescott, Plaintiff ) Chapter 7 Bankruptcy No. 11- 34426 DM

-------------------- versus -------------------- )

SC Anderson, Inc.; ) ADVERSARY PROCEEDING

Herrig & Vogt, LLP; )

Defendants ) VIOLATION OF THE AUTOMATIC STAY

Information Required by 11 USC 342 (c)

Tax Identification Number (SSN): 8664

**DEBTOR'S COMPLAINT FOR VIOLATION OF THE AUTOMATIC STAY**

1. Plaintiff is the Debtor in the underlying bankruptcy case and resided in San Francisco, California, at the time of filing and for years thereafter

2. Defendant SC Anderson, Inc. ("Anderson") is a California corporation with its principal office in Bakersfield, California and satellite offices in Arizona, Nevada and New Mexico. Anderson is a major construction company.

3. Herrig & Vogt ("HV") is a California limited liability partnership with its principal place of business in Granite City, California. HV is the attorney and agent of Anderson.

4. Jurisdiction of this Court is proper pursuant to 28 USC 157 (b) (1) in that this matter arises under the above-captioned Chapter 7 Bankruptcy Court case.

5. The Plaintiff filed his above-captioned Chapter 7 Bankruptcy Court case on December 13th, 2011. An Order for Relief was entered in that case on December 13th, 2011, pursuant to 11 USC 301 thus triggering an automatic stay pursuant to 11 USC 362 (a) of all collection and legal action against the Plaintiff.

6. The Defendants were provided notice of the Plaintiff's bankruptcy filing. Plaintiff and Debtor Wescott called George Vogt (attorney at HV, which is the agent for Anderson) on or around December 13th, 2011, to inform him of the chapter 7 and that SC Anderson, his client, would be named as a creditor.

7. HV, on behalf of Anderson, willfully ignored the automatic stay and federal court orders and took legal action against Plaintiff by filing for default in a legal case ("SC Anderson against Wescott et al") in Kern County on December 21st, 2011.

8. Plaintiff did not get a copy of said default filing until September 2017. Plaintiff has attempted to settle this matter with the Defendants and has failed.

[Rest of page blank]

## Count I Violation of Automatic Stay

9. Plaintiff realleges and reincorporates preceding paragraphs. Defendants' conduct violated 11 USC 362 (a).

WHERFORE, the Plaintiff requests an Order declaring the Defendants guilty of civil contempt by violating the automatic stay and awarding Plaintiff compensatory damages, punitive damages and costs pursuant to 11 USC 362 (k) and for contempt of Court.

The Plaintiff further requests that this Court order that the Defendants' legal actions against Plaintiff during the automatic stay (including, specifically, the Default filing on December 21st, 2011) be *void ab initio*.

## Count II Attorney's Fees and Expenses

10. The Plaintiff is entitled to reasonable attorney's fees pursuant to 11 USC 362 (k). The Plaintiff requests an award of reasonable fees in the event that he retains counsel. The Plaintiff requests reimbursement for the reasonable value of his time litigating this case Pro Se, as well as his reasonable expenses (copies, postage, travel, paralegal help).

_____
Carl Alexander Wescott, Pro Se