Pages: 2

ANTHONY P. FRITZ (State Bar #111494)
**HERRIG & VOGT, LLP**
4210 Douglas Blvd., Ste. 100
Granite Bay, CA 95746
Telephone: (916) 960-1000
Facsimile: (916) 960-1005
E-mail: a.fritz@herrigvogt.com

Attorneys for Defendants S.C. Anderson, Inc. and Herrig & Vogt, LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>Carl Alexander Wescott,<br><br>Debtor. | CASE NO.: 11-34426-DM<br><br>CHAPTER 7<br><br>A.P. No.: 17-03064 |
| Carl Alexander Wescott,<br><br>Plaintiff,<br><br>v.<br><br>S.C. Anderson, Inc., and Herrig & Vogt, LLP,<br><br>Defendants. | DEFENDANTS' STATUS CONFERENCE STATEMENT<br><br>Date: January 26, 2018<br>Time: 1:30 p.m.<br>Place:<br>Courtroom 17<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |

Defendants S.C. Anderson, Inc. ("SC Anderson") and Herrig & Vogt, LLP ("H&V") (collectively "Defendants") respectfully submit their status conference statement as follows:

At the status conference held on December 15, 2017 plaintiff Carl Alexander Wescott ("Wescott") stated in open Court on the record that he would dismiss the adversary proceeding if the defendants agreed to vacate the default entered against Wescott on December 21, 2011 in the lawsuit entitled *S.C. Anderson, Inc. v. Surprise Development, Inc. et al*, Kern County Superior Court Case No. S-1500-CV-274541, currently Madera Superior Court Case No. MCV-070794 (the "State Court

- 1 -
DEFENDANTS' STATUS CONFERENCE STATEMENT

Action").

The Defendants subsequently agreed to set aside the default entered against Wescott in the State Court Action. The parties are currently negotiating the language of a stipulation to accomplish that goal. Attached hereto as Exhibit A is a proposed stipulation drafted by the Defendants to vacate the default in the State Court Action which, if agreed and executed, would fully resolve this adversary proceeding and result in its dismissal. The draft stipulation has been sent to Wescott via e-mail and Defendants are waiting for his response to the proposed stipulation. It is anticipated that this adversary proceeding will likely be settled and resolved by the date of the status conference.

Respectfully submitted;

Dated: January 18, 2018

HERRIG & VOGT, LLP

By: *(signature)*
Anthony P. Fritz
Attorneys for Defendants S.C. Anderson, Inc. and Herrig & Vogt, LLP

- 2 -

DEFENDANTS' STATUS CONFRENCE STATEMENT

# EXHIBIT A

ANTHONY P. FRITZ (State Bar #111494)
**HERRIG & VOGT, LLP**
4210 Douglas Blvd., Ste. 100
Granite Bay, CA 95746
Telephone: (916) 960-1000
Facsimile: (916) 960-1005
E-mail: a.fritz@herrigvogt.com

Attorneys for Defendants S.C. Anderson, Inc. and Herrig & Vogt, LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>Carl Alexander Wescott,<br><br>　　　　　　Debtor.<br>_____<br>Carl Alexander Wescott,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>S.C. Anderson, Inc., and<br>Herrig & Vogt, LLP,<br><br>　　　　　　Defendants. | CASE NO.: 11-34426-DM<br><br>CHAPTER 7<br><br>A.P. No.: 17-03064<br><br>STIPULATION TO VACATE DEFAULT |

Defendants S.C. Anderson, Inc. ("SC Anderson") and Herrig & Vogt, LLP ("H&V") by and through counsel and plaintiff Carl Alexander Wescott ("Wescott") (collectively the "Parties") stipulate and agree as follows:

1. In 2011 SC Anderson, as plaintiff, sued Wescott and others in the action entitled S.C. Anderson, Inc. v. Surprise Development, Inc. et al, Kern County Superior Court Case No. S-1500-CV-274541, currently Madera Superior Court Case No. MCV-070794 (the "State Court Action").

- 1 -
STIPULATION TO VACATE DEFAULT

Case: 17-03064　Doc# 16　Filed: 01/18/18　Entered: 01/18/18 11:10:36　Page 4 of 8

2. On December 13, 2011 Wescott filed a voluntary Chapter 7 petition with the United States Bankruptcy Court for the Northern District of California commencing the bankruptcy case listed above.

3. On December 21, 2011 SC Anderson, through its attorney of record, filed a request for entry of Wescott's default and Wescott's default in the State Court Action was entered by the Clerk of the Kern County Superior Court on December 21, 2011.

4. The Parties agree that the default entered against Wescott in the State Court Action on December 21, 2011 shall be vacated by this Court pursuant to 11 U.S.C. § 362(a). SC Anderson shall be responsible for ensuring that the State Court rescinds or removes the default. After the default has been set aside, SC Anderson shall serve the summons and its operative complaint in the State Court Action on Wescott. Wescott agrees to accept personal service of the summons and complaint as attachments sent via e-mail to the following e-mail address: c@carlawescott.com. The Parties agree that personal service of the summons and complaint will be effectuated. The time for Wescott to respond to the summons and complaint will begin on the date of electronic service as provided herein.

5. The Parties agree to an entry by this Court of the Order attached hereto as Exhibit 1.

6. This Adversary Proceeding No.: 17-03064 shall be dismissed upon entry of the Order attached hereto as Exhibit 1, and entry of said Order shall fully resolve all claims alleged or asserted by Wescott in this Adversary Proceeding, with each party to bear their own costs and attorneys' fees incurred herein.

7. Nothing in this Stipulation shall be deemed or construed as an admission of fault or liability by any party.

8. This Stipulation may be signed in one or more counterparts, and by the different parties hereto in separate counterparts, each one of which shall be deemed an original, but all of which taken together shall constitute one and the same agreement, and shall become effective when one or more counterparts has been signed by each of the parties and delivered to each of the other parties hereto.

- 2 -

STIPULATION TO VACATE DEFAULT

Dated: January ___, 2018              **HERRIG & VOGT, LLP**


                                      By: _____
                                          Anthony P. Fritz
                                      Attorneys for Defendants S.C. Anderson,
                                      Inc. and Herrig & Vogt, LLP



Dated: January ___, 2018              _____
                                      Carl Alexander Wescott, Plaintiff in pro per.

Herrig & Vogt, LLP
Attorneys at Law
4210 Douglas Blvd., Ste. 100, Granite Bay, CA 95746-5902

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br>Carl Alexander Wescott,<br>　　　　Debtor.<br>―――――――――――――――<br>Carl Alexander Wescott,<br>　　　　Plaintiff,<br>v.<br>S.C. Anderson, Inc., and<br>Herrig & Vogt, LLP,<br>　　　　Defendants. | CASE NO.: 11-34426-DM<br>CHAPTER 7<br>A.P. No.: 17-03064<br>ORDER VACATING DEFAULT |

Based on the stipulation of defendants S.C. Anderson, Inc. ("SC Anderson") and Herrig & Vogt, LLP ("H&V") by and through counsel, and plaintiff Carl Alexander Wescott ("Wescott"), and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the default against Wescott entered on December 21, 2011 in the action entitled S.C. Anderson, Inc. v. Surprise Development, Inc. et al, Kern County Superior Court Case No. S-1500-CV-274541, a copy of which is attached hereto as Exhibit A, is declared to be null, void *ab initio* and of no effect.

IT IS FURTHER ORDERED that this Order fully resolves all claims alleged or asserted by Wescott in this Adversary Proceeding, this Adversary Proceeding is hereby dismissed in its entirety and each party shall bear their own costs and attorneys' fees incurred herein.

# EXHIBIT 1

- 1 -

ORDER VACATING DEFAULT

CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| George F. Vogt, Jr. 107310<br>HERRIG & VOGT, LLP<br>4210 Douglas Blvd., Suite 100<br>Granite Bay, CA 95746<br>TELEPHONE NO: 916-960-1000  FAX NO. (Optional): 916-960-1005<br>E-MAIL ADDRESS (Optional): g.vogt@herrigvogt.com<br>ATTORNEY FOR (Name): Plaintiff | ENDORSED<br>FILED<br>SUPERIOR COURT, METROPOLITAN DIVISION<br>COUNTY OF KERN<br>DEC 21 2011<br>TERRY McNALLY, CLERK<br>BY_____, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN
STREET ADDRESS: 1215 Truxtun Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Bakersfield, CA 93301
BRANCH NAME:

PLAINTIFF/PETITIONER: S.C. Anderson, Inc.

DEFENDANT/RESPONDENT: Surprise Development, Inc. et al.

| REQUEST FOR (Application) | [X] Entry of Default [ ] Court Judgment | [ ] Clerk's Judgment | CASE NUMBER:<br>S-1500-CV-274541 |

BY FAX
CA Rule 2.304(a)

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (date): October 6, 2011
   b. by (name): Plaintiff S.C. Anderson, Inc.
   c. [X] Enter default of defendant (names):
      Carl Wescott
   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

   (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)

   e. [ ] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.
      (2) [ ] under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)
      (3) [ ] for default previously entered on (date):

2. Judgment to be entered.

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $ | $ | $ 0 |
| b. Statement of damages * | | | |
| (1) Special | $ | $ | $ 0 |
| (2) General | $ | $ | $ 0 |
| c. Interest | $ | $ | $ 0 |
| d. Costs (see reverse) | $ 0 | $ | $ 0 |
| e. Attorney fees | $ | $ | $ 0 |
| f. TOTALS | $ 0 | $ 0 | $ 0 |

   g. Daily damages were demanded in complaint at the rate of: $ _____ per day beginning (date):
   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. [ ] (Check if filed in an unlawful detainer case) Legal document assistant or unlawful detainer assistant information is on the reverse (complete item 4).

Date: December 21, 2011

George F. Vogt, Jr.
(TYPE OR PRINT NAME)                    ► _____
                                        (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) [X] Default entered as requested on (date): 12/21/11<br>(2) [ ] Default NOT entered as requested (state reason):<br>DEC 22 2011      TERRY McNALLY<br>                  Clerk, by  B.A. SCOTT, Deputy |

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2007]
Martin Dean's ESSENTIAL FORMS™

REQUEST FOR ENTRY OF DEFAULT
(Application to Enter Default)

S.C. ANDERSON

Code of Civil Procedure,
§§ 585-587, 1169
www.courtinfo.ca.gov

Exhibit A