Pages: 2

ANTHONY P. FRITZ, SBN 111494
**HERRIG & VOGT, LLP**
4210 Douglas Boulevard, Suite 100
Granite Bay, California 95746-5902
Telephone: (916) 960-1000
Facsimile: (916) 960-1005
E-mail: a.fritz@herrigvogt.com

Attorneys for Defendants S.C. Anderson, Inc. and Herrig & Vogt, LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | CASE NO: 11-34426-DM |
| Carl Alexander Wescott, | A.P. NO.: 17-03064 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| Carl Alexander Wescott, | |
| Plaintiff, | |
| v. | |
| S.C. Anderson, Inc., and Herrig & Vogt, LLP, | |
| Defendants. | |

I, Holly Mills, declare that:

I am over the age of 18 years and not a party to the action; I am employed in the County of Placer, California; where the mailing occurs and my business address is: 4210 Douglas Blvd., Suite 100, Granite Bay, California 95746.

I further declare that I am readily familiar with the business' practice for collection and processing of documents for mailing with the United States Postal Service and pursuant to this practice the document(s) listed herein will be deposited with the United States Postal Service this same day in the ordinary course of business.

I caused to be served BY E-MAIL and REGULAR MAIL the following documents:

**DEFENDANTS' STATUS CONFERENCE STATEMENT**

By electronically transmitting the document(s) listed above to the e-mail address(es) of the person(s) set forth below. The transmission was reported as complete and without error. I also placed a copy thereof in a separate envelope, I then sealed the envelope and, with postage thereon fully prepaid, placed it for collection and mailing on January 18, 2018 at Granite Bay, California, following ordinary course of business practices.

Carl Alexander Wescott         *Defendant In Pro Per*
P.O. Box 190875
San Francisco, CA 94119

Telephone: (415) 335-5000

E-Mail: c@carlawescott.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed: January 18, 2018

*[signature]*
Holly Mills