Signed and Filed: January 30, 2018

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>Carl Alexander Wescott,<br><br>    Debtor.<br>_____<br>Carl Alexander Wescott,<br><br>    Plaintiff,<br><br>v.<br><br>S.C. Anderson, Inc., and<br>Herrig & Vogt, LLP,<br><br>    Defendants. | CASE NO.: 11-34426-DM<br><br>CHAPTER 7<br><br>A.P. No.: 17-03064<br><br>ORDER RE: DEFAULT |

    Based on the stipulation of defendants S.C. Anderson, Inc. ("SC Anderson") and Herrig & Vogt, LLP ("H&V") by and through counsel, and plaintiff Carl Alexander Wescott ("Wescott"), and good cause appearing therefore:

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the default against Wescott entered on December 21, 2011 in the action entitled S.C. Anderson, Inc. v. Surprise Development, Inc. et al, Kern County Superior Court Case No. S-1500-CV-274541, a copy of which is attached hereto as Exhibit A, is hereby declared void pursuant to 11 U.S.C. § 362(a).

IT IS FURTHER ORDERED that this Order fully resolves all claims alleged or asserted by Wescott in this Adversary Proceeding, and this Adversary Proceeding No. 17-03064 is hereby dismissed.

IT IS FURTHER ORDERED that each party shall bear their own costs and attorneys' fees incurred in this Adversary Proceeding.

**\*\*END OF ORDER\***

**COURT SERVICE LIST**

Carl Alexander Wescott
P.O. Box 190875
San Francisco, CA 94119