# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: bgapuz | Date Created: 1/31/2018 |
| Case: 17–03064 | Form ID: pdfeoapc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Carl Alexander Wescott     PO Box 190875     San Francisco, CA 94119

TOTAL: 1