```
                              United States Bankruptcy Court
                              Northern District of California
Wescott,
        Plaintiff                                              Adv. Proc. No. 17-03064-DM

SC Anderson, Inc.,
        Defendant
                              CERTIFICATE OF NOTICE
District/off: 0971-3          User: bgapuz           Page 1 of 1        Date Rcvd: Jan 31, 2018
                              Form ID: pdfeoapc      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
pla            +Carl Alexander Wescott,   PO Box 190875,   San Francisco, CA 94119-0875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
          Anthony P. Fritz    on behalf of Defendant   SC Anderson, Inc. a.fritz@herrigvogt.com
          Anthony P. Fritz    on behalf of Defendant   Herrig & Vogt, LLP a.fritz@herrigvogt.com
                                                                                   TOTAL: 2



Signed and Filed: January 30, 2018

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>Carl Alexander Wescott,<br><br>　　　　Debtor.<br><br>Carl Alexander Wescott,<br><br>　　　　Plaintiff,<br><br>v.<br><br>S.C. Anderson, Inc., and<br>Herrig & Vogt, LLP,<br><br>　　　　Defendants. | CASE NO.: 11-34426-DM<br><br>CHAPTER 7<br><br>A.P. No.: 17-03064<br><br>ORDER RE: DEFAULT |

　　　　Based on the stipulation of defendants S.C. Anderson, Inc. ("SC Anderson") and Herrig & Vogt, LLP ("H&V") by and through counsel, and plaintiff Carl Alexander Wescott ("Wescott"), and good cause appearing therefore:

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the default against Wescott entered on December 21, 2011 in the action entitled S.C. Anderson, Inc. v. Surprise Development, Inc. et al, Kern County Superior Court Case No. S-1500-CV-274541, a copy of which is attached hereto as Exhibit A, is hereby declared void pursuant to 11 U.S.C. § 362(a).

IT IS FURTHER ORDERED that this Order fully resolves all claims alleged or asserted by Wescott in this Adversary Proceeding, and this Adversary Proceeding No. 17-03064 is hereby dismissed.

IT IS FURTHER ORDERED that each party shall bear their own costs and attorneys' fees incurred in this Adversary Proceeding.

**\*\*END OF ORDER\***

**COURT SERVICE LIST**

Carl Alexander Wescott
P.O. Box 190875
San Francisco, CA 94119

- 4 -
ORDER RE: DEFAULT